BENJAMIN B. WAGNER
United States Attorney
DAWRENCE W. RICE, Jr.
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-CR-00447-LJO |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN MENDOZA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant John Mendoza, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461(c), defendant John Mendoza's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. SKS Rifle, 7.62 Caliber, Serial Number 146999;
   b. American Tactical, 12 Gauge Semiautomatic Shotgun, Serial Number 5000771;
   c. Stevens Model 87a, .22 Caliber Rifle, Serial Number 2094577;
   d. Xd40 Springfield, .40 Caliber Semiautomatic Pistol Serial Number us224117;
   e. Bersa, .380 Caliber Semiautomatic Pistol, Serial

PRELIMINARY ORDER OF FORFEITURE         1

```
                Number b45617;
        f.      Revovler, .22 Caliber, Serial Number 120341
        g.      Hi Point, .380 Caliber Semiautomatic Pistol,
                Serial Number p893250;
        h.      M91, 7.62 Caliber Rifle, Serial Number c31975;
        i.      Maverick, 12 Gauge Shotgun, Serial Number mv92853h;
        j.      Mossberg, 817 Rifle, Serial Number hig3038089;
        k.      230 Rounds of 12 Gauge Shotgun Ammunition;
        l.      2,375 Rounds of .22 Caliber Ammunition;
        m.      350 Rounds of .17 Caliber Ammunition;
        n.      1,942 Rounds of 7.62 Caliber Ammunition;
        o.      600 Rounds of .380 Caliber Ammunition;
        p.      550 Rounds of .40 Caliber Ammuntion;
        q.      40 Rounds of .380 Special Caliber Ammunition; and,
        r.      1,260 Rounds of an Unknown Caliber Ammunition.
```

2.  The above-listed property constitutes firearms or ammunition involved in or used in a knowing violation of 18 U.S.C. § 842(a).

3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Federal Bureau of Investigation, in its secure custody and control.

4.  a.  Pursuant 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site <u>www.forfeiture.gov.</u>  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed

1 property, must file a petition with the Court within sixty (60) days
2 from the first day of publication of the Notice of Forfeiture posted
3 on the official government forfeiture site, or within thirty (30)
4 days from receipt of direct written notice, whichever is earlier.
5      5. If a petition is timely filed, upon adjudication of
6 all third-party interests, if any, this Court will enter a Final
7 Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(G) and 28
8 U.S.C. § 2461(c) in which all interests will be addressed.
9     IT IS SO ORDERED.

**Dated:   June 14, 2012**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE