



JUN 2 5 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )      No. 1:11-CR-00447-LJO
                               )
              Plaintiff,       )      ORDER OF RELEASE
                               )
     vs.                       )
                               )
JOHN MENDOZA,                  )
                               )
              Defendant.       )
_____)

     The above named defendant having been sentenced to TIME SERVED on June 25, 2012.

     IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: June 25, 2012

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1